UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADISON ROW MARKETING, INC.,

                       **Civil Action No. 1:25-cv-26130-JB/Torres**

  Plaintiff,

v.

BEEHIIV INC., a New York corporation; DAN KRENITSYN,

  Defendants.

_____/

**HARCLERODE DECLARATION IN SUPPORT OF
DEFENDANT BEEHIIV'S OPPOSITION TO MOTION FOR REMAND**

  I, Kelsey Harclerode, hereby declare as follows pursuant to 28 U.S.C. § 1746:

  1. I am an attorney at the law firm of ZwillGen PLLC, a member of the Bar of the State of Florida, and counsel to Defendant beehiiv Inc. ("beehiiv") in the above-captioned action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

  2. On October 29, 2025, the Miami-Dade County Court issued a Summons/Notice to Appear for Pretrial Conference District Court, which set a small claims pretrial conference for December 5, 2025 ("Small Claims PTC"). Between November 20 and December 1, 2025, Plaintiff's counsel and beehiiv's counsel exchanged emails regarding beehiiv's request to continue the Small Claims PTC but were unable to reach an agreement.

  3. Attached as **Exhibit A** is a true and correct copy of email communications transmitted between myself, my colleague, and Plaintiff's counsel from November 20 through December 1, 2025.

  4. On November 27, 2025, Plaintiff filed an amended complaint, which increased the damages sought from $99 to $19,744,000 and added a claim for injunctive relief. On December 1, 2025, while preparing a motion to continue the Small Claims PTC, I became aware of Plaintiff's amended complaint. Because the amended pleading appeared to seek relief beyond

1

the jurisdiction of the small claims court, I was uncertain whether the Small Claims PTC was still scheduled for December 5.  Accordingly, I called the Miami-Dade County Court clerk to inquire about the status of the Small Claims PTC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of February 2026, in Gainesville, Florida.

*/s/ Kelsey Harclerode*
Kelsey Harclerode (SBN 1048280)
Email: kelsey@zwillgen.com

**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Attorney for Defendant*
*beehiiv Inc.*