UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 1:25-cv-26130-JB/Torres

Madison Row Marketing, Inc.,

    Plaintiff,

v.

beehiiv, Inc. and Dan Krenitsyn,

    Defendants.

CASE NUMBER: 1:26-cv-20111-JB/Torres

Miami Legal Resources, LLC and
Rossdale CLE, Inc.,

    Plaintiffs,

v.

beehiiv, Inc. and Dan Krenitsyn,

    Defendants.

**PARTIES' JOINT NOTICE ON DATES TO RESET HEARING ON PLAINTIFFS' MOTION TO CONSOLIDATE CASES, DEFENDANT'S MOTION TO STAY, AND PLAINTIFFS' MOTION TO STRIKE (SANCTIONS)**

    Plaintiffs Madison Row Marketing, Inc., Miami Legal Resources, LLC and Rossdale CLE, Inc., and Defendant beehiiv, Inc., by and through the undersigned counsel, hereby jointly provide this Notice of three (3) available dates for the reset of the hearing previously scheduled for March 4, 2026 on Plaintiffs' Motion to Consolidate Cases, Defendant's Motion to Stay, and Plaintiffs' Motion to Strike (Sanctions).  The parties are all available on the following dates:

    Morning of March 25, 2026

    Morning of March 27, 2026

1

April 3, 2026

        Respectfully submitted,

        By: /s/ Amado Alan Alvarez
AMADO ALAN ALVAREZ
Florida Bar No. 746398
BOARD CERTIFIED CIVIL TRIAL LAWYER
THE ALVAREZ & FRIGER TRIAL LAW FIRM
The Concorde Office Tower
66 West Flagler Street, 12th Floor
Miami, Florida 33130
Tel. (305) ALVAREZ [258-2739]
Fax: 1 (844) ALANFAX [252-6329]

Email: Alan@AlvarezFrigerTLF.com
Counsel for Plaintiffs Miami Legal Resources, LLC and Rossdale CLE, Inc.


Law Offices of Jordan A. Dresnick
901 Brickell Key Blvd.
Miami, FL 33131
Tel.: 786-220-8785

By: /s/ Jordan A. Dresnick
Jordan A. Dresnick
Florida Bar No. 058529
E-mail: JordanDresnick@gmail.com
Counsel for Plaintiffs Miami Legal Resources, LLC and Rossdale CLE, Inc.


/s/ Kenneth B. Schurr
Kenneth B. Schurr, Esq.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com
Counsel for Plaintiffs Miami Legal Resources, LLC and Rossdale CLE, Inc.

        Nury Siekkinen
        nury@zwillgen.com
        Zwillgen PLLC
        1900 M Street, NW Suite 250
        Washington, DC 20036
        Tel.: 202-296-3585
        Counsel for Defendants beehiiv, Inc.

        Kelsey Harclerode
        kelsey@zwillgen.com
        Zwillgen PLLC
        1900 M Street, NW Suite 250
        Washington, DC 20036
        Tel.: 202-296-3585
        Counsel for Defendants beehiiv, Inc.

Dated: March 2, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 2, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/ Kenneth B. Schurr
Kenneth B. Schurr
Florida Bar No. 876100

**Service List**

Nury Siekkinen
nury@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn

Kelsey Harclerode
kelsey@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Defendant beehiiv, Inc.'s counsel has advised that Defendant beehiiv, Inc. does not oppose this motion.

                                                        By: /s/ Jordan A. Dresnick
                                                            Jordan A. Dresnick
                                                            Florida Bar No. 058529