# Exhibit C

# #148810 Import Subscribers

| Submitted | | Received via | Requester | | |
|---|---|---|---|---|---|
| October 23, 2025 at 11:42 AM | | API | Stephen Beck <madisonrow@madisonrowmarketing.com> | | |

| Status category | Ticket status | Type | Group | | Assignee |
|---|---|---|---|---|---|
| Solved | Solved | - | Deliverability &amp; Compliance | | Fionnuala Walls |

| Name | Plan | Channel | Total time spent (sec) | Time spent last update (sec) | Is Deliverability & Compliance |
|---|---|---|---|---|---|
| Stephen Beck | Max | in-app | 983 | 318 | Yes |

| Reason | Newsletter | User is authenticated | Organization ID |
|---|---|---|---|
| Can't access my account | Madison Row | Yes | 32275117-decd-4500-b56b-35ea78e9df63 |

| User ID | Organization Sending disabled | Publication ID |
|---|---|---|
| 4d494dd9-d195-4049-ba53-1358017924de | Yes | d051f4f6-887b-493e-9441-a42a79c364fe |

**Stephen Beck**   October 23, 2025 at 11:42 AM

We sent out a post yesterday and had a near 30% open rate. We remove the ones who unsubcribed and had an update list of our subscribers to load in today but the system is grayed out on letting us upload the new subscribers. Can you please assist?

---

**Ryan Ruppe**   October 23, 2025 at 12:12 PM

Hi Stephen,

Thanks for reaching out.

Your account has been disabled due to specific violations of our Acceptable Use Policy, including but not limited to:

- Unauthorized use of platform resources
- Actions that may impact the performance, security, deliverability, or sender reputation of beehiiv
- Activity inconsistent with our community standards or operational policies

These actions were found to pose a potential risk to the security, stability, and reputation of our platform. You can review our full Acceptable Use Policy here:

https://www.beehiiv.com/aup

1

For security reasons, we're unable to provide further specifics regarding this action. Thank you for your understanding.

Additionally, we have canceled your Max subscription as part of this process.

Ryan 🐝
(he/him)
beehiiv Deliverability and Compliance Specialist

---

**Stephen Beck**   October 23, 2025 at 2:10 PM

We are contacting you regarding an amicable dispute resolution.  Beehiiv has terminated our account without any specific reason or explanation.  We need the information and data of any recipient of our email who has unsubscribed.  As you know or should know, email recipients have 30 days from the date a message is transmitted.  We need the data to know who unsubscribed.  Will you be providing this?  If we do not hear from you within the next two days, we will have no choice but to escalate this matter beyond our professional attempt at amicable dispute resolution here.

---

**Ryan Ruppe**   October 23, 2025 at 5:54 PM

Hi Stephen,

Thank you for your reply I'll be happy to point you in the right direction here.

In order to export your data, you first will go to Settings > Export Data. From here, you can initiate exports of your Subscribers, Posts, as well as view and download your Recent Exports all from this page.

When exporting your Subscribers, there are two options:

- Quick: Download your subscribers broken out with email, status, and tier ordered by most recently subscribed
- Full: Download your subscribers broken out with email, status, tier, as well as custom fields and stats, ordered by most recently subscribed. This includes more information than the quick export but takes much longer to process.

For your Posts you'll click Export Posts, and from there you will be sent an email with a link to download the posts - you can also find this download link in your Recent Exports section. Your download of your posts is available as a CSV file that is formatted in HTML.

For more information on how to export data, please refer to the Knowledge Base article below:

Exporting post content or subscriber data from beehiiv

Thanks for your patience and understanding. If anything above was unclear or you have additional questions on this process, please don't hesitate to reach back out.

Ryan 🐝
(he/him)
beehiiv Deliverability and Compliance Specialist

---

**Stephen Beck**   October 23, 2025 at 9:59 PM

We are contacting you regarding an amicable dispute resolution again.  Beehiiv has terminated our account without any specific reason or explanation.  We need the information and data of any recipient of our email who has unsubscribed.  As you know or should know, email recipients have 30 days from the date a message is transmitted.  We need the data to know who unsubscribed.  We have followed the steps you suggested and there is NO information about the unsubscribes.  Why does Beehiiv not keep the information on unsubscribes?  If we do not hear from you within the next two days, we will have no choice but to escalate this matter beyond our professional attempt at amicable dispute resolution here.

---

**Fionnuala Walls**   October 24, 2025 at 12:40 AM

Hi Stephen,

Thanks for your reply. The instructions that my colleague Ryan provided previously will allow you to export the data, including unsubscribes. Here is a copy of that email again:

===
Hi Stephen,

Thank you for your reply I'll be happy to point you in the right direction here.

In order to export your data, you first will go to Settings > Export Data. From here, you can initiate exports of your Subscribers, Posts, as well as view and download your Recent Exports all from this page.

When exporting your Subscribers, there are two options:

- Quick: Download your subscribers broken out with email, status, and tier ordered by most recently subscribed
- Full: Download your subscribers broken out with email, status, tier, as well as custom fields and stats, ordered by most recently subscribed. This includes more information than the quick export but takes much longer to process.

For your Posts you'll click Export Posts, and from there you will be sent an email with a link to download the posts - you can also find this download link in your Recent Exports section. Your download of your posts is available as a CSV file that is formatted in HTML.

For more information on how to export data, please refer to the Knowledge Base article below:

Exporting post content or subscriber data from beehiiv

3

Thanks for your patience and understanding. If anything above was unclear or you have additional questions on this process, please don't hesitate to reach back out.
===

If you are running into issues with that, please do let us know what error you are seeing. Thanks!

Fionnuala 🐝
beehiiv Deliverability and Compliance Specialist

---

**Stephen Beck**   October 24, 2025 at 9:39 AM

We have tried for now two days to receive the list of those who have unsubscribed from our newsletter.  We have followed the steps you have suggested numerous times for two days.  We kindly ask you to forward the list of unsubscribes to this email address by the end of the day today.

---

**Fionnuala Walls**   October 24, 2025 at 12:00 PM

Hi Stephen,

Can you clarify where you are getting stuck in the process? The export will include any inactive subscribers, along with their unsubscribe date in the "unsubscribed_at" field.

Thanks! I'll wait to hear back from you.

Fionnuala 🐝
beehiiv Deliverability and Compliance Specialist

---

**Stephen Beck**   October 24, 2025 at 12:03 PM

We kindly ask you to forward the list of unsubscribes to this email address by the end of the day today.  When we completed the export, the data came back with a blank excel file.

---

**Fionnuala Walls**   October 27, 2025 at 4:47 AM

Hi Stephen,

Thanks for your reply.

For security reasons, I'm unable to export and forward the data on my side of things. It sounds like an issue with your setup however - the export is in CSV format, so perhaps your Excel settings need amended to allow CSV files.

You may want to try importing the file into Google Sheets, or you can use a plain text editor to review the data. Depending on what version of Excel you are using, this forum post may also help.

I hope that helps! Let me know if you have any questions.

Fionnuala 🐝
beehiiv Deliverability and Compliance Specialist

---

Support software by Zendesk

5