**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MADISON ROW MARKETING, INC.,

Plaintiffs,

**Civil Action No. 1:25-cv-26130-JB**

v.

BEEHIIV INC., a New York corporation;
DAN KRENITSYN,

Defendants.
_______________________________________/

# JOINT NOTICE

Pursuant to this Court's September 21, 2026 Order (ECF 39), the Parties jointly propose the following briefing schedule for the pending Motion to Dismiss (ECF 32).

1. Plaintiff shall file its Opposition to the Motion to Dismiss by October 22, 2026;

2. Defendant beehiiv Inc. shall file its Reply by November 12, 2026.

Dated: September 24, 2026

Respectfully submitted,

By: /s/ Kelsey Harclerode
Kelsey Harclerode (SBN 1048280)
Email: kelsey@zwillgen.com

**ZWILLGEN LAW LLP**
Sheri Pan (*pro hac vice*)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Email: sheri@zwillgen.com

By: /s/ Jordan A. Dresnick
Jordan A. Dresnick (SBN 058529)
Email: JordanDresnick@gmail.com

**LAW OFFICES OF JORDAN A. DRESNICK**
901 Brickell Key Blvd.
Miami, FL 33131
Tel: 786-220-8785

**THE ALVAREZ & FRIGER TRIAL LAW FIRM**
Amado Alan Alvarez (SBN 746398)
66 West Flagler Street, 12th Floor
Miami, FL 33130
Tel. 305-258-2739

**ZWILLGEN PLLC**
Nury Siekkinen (SBN 1015937)
Email: nury@zwillgen.com
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585

*Attorneys for Defendant*
*beehiiv Inc.*

Fax: 1-844-252-6329
Email: Alan@AlvarezFrigerTLF.com

**MANNO & SCHURR PA**
Kenneth B. Schurr (SBN 876100)
2030 S Douglas Road, Suite 105
Coral Gables, FL 33134
Tel: 305-441-9031
Fax: 786-221-2720
Email: kbsservice@schurrlaw.com
counselken@schurrlaw.com

*Attorneys for Plaintiff*
*Madison Row Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 24, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Kelsey Harclerode*
Kelsey Harclerode (SBN 1048280)

**LAW OFFICES OF JORDAN A. DRESNICK**
Jordan A. Dresnick (SBN 058529)
901 Brickell Key Blvd.
Miami, FL 33131
Tel: 786-220-8785
Email: JordanDresnick@gmail.com

**THE ALVAREZ & FRIGER TRIAL LAW FIRM**
Amado Alan Alvarez (SBN 746398)
66 West Flagler Street, 12th Floor
Miami, Florida 33130
Tel. 305-258-2739

Fax: 1-844-252-6329
Email: Alan@AlvarezFrigerTLF.com

**MANNO & SCHURR PA**
Kenneth B. Schurr (SBN 876100)
2030 S Douglas Road, Suite 105
Coral Gables, FL 33134
Tel: 305-441-9031
Fax: 786-221-2720
Email: kbsservice@schurrlaw.com
counselken@schurrlaw.com

*Attorneys for Plaintiff*
*Madison Row Marketing, Inc.*